William Johnson
T.D.C.J. #01895419
3060 FM 3514
Beaumont Texas 77705



13-912 CR

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEX.
2015 FEB -2 AM 11:54
Keith E. Hottle

Texas Court of Appeals  4th District
Bexar County - Justice Center
300 Dolorosa St. - Ste. 3200
San Antonio, Texas 78205-3037

RE: To Purchase Trial Transcripts
Cause Number: 2012-CRN-199-01

Dear Clerk:

I am writing in regards to the above cause number and referance. I am trying to purchase my trial transcripts along with the clerks records.

I humbly request if you could please inform me on how many volumes and pages the reporter records consist of along with the price. Also I would like to know the price of clerks records as well.

I would like to know who I am to make the money order out to and where to send it. I would appreciate if you would assist me in this matter

Thank you for both your time and assistance.

Respect fully Submitted this 27 day of January in the year of 2015.

Sincerly,

Johnson, William #01895419

c/c: File

William Johnson #01895419
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

NORTH HOUSTON TX 773

28 JAN 2015 PM 5 L

USA
FOREVER
2014

FILED
IN THE COURT OF APPEALS
4th SAN ANTONIO, TEXAS
2015 FEB -2 AM 11:58
THE COURT

District Court of Appeals (4th District)
Bexar County Justice Center
300 Dolorosa St., Ste. #3200
San Antonio, Texas 78205-3037

*Legal Mail*

7820530399

*Legal Mail*